## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 392 WAL 2015

       Respondent                :

                                         :    Petition for Allowance of Appeal from

                                         :    the Order of the Superior Court

       v.                      :

                                         :

RONALD CALLOWAY,             :

                                         :

       Petitioner               :

## ORDER

**PER CURIAM**

      **AND NOW**, this 26th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.

      Justice Donohue did not participate in the consideration or decision of this matter.